**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERA WILLNER, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

MANPOWER INC. and DOES 1 through 50,

    Defendants.

No. C 11-02846 JSW

**ORDER REGARDING PARTIES' STIPULATION**

Now before the Court is the stipulation filed by the parties regarding the pending motion to dismiss and Plaintiff's proposed second amended complaint. The Court HEREBY GRANTS the parties' stipulation as modified. Plaintiff shall file her proposed second amended complaint by no later than September 21, 2011. The filing of the second amended complaint will terminate the pending motion to dismiss. The Court VACATES hearing on the pending motion to dismiss and the case management conference.

Despite the parties agreement that some of the arguments within pending motion to dismiss shall apply to the second amended complaint, the Court ORDERS defendant Manpower Incorporated ("Manpower") to either answer or file another motion to dismiss to address the second amended complaint by no later than October 21, 2011. The Court will reset the case

///

///

///

management conference after the motion to dismiss the second amended complaint is resolved by the Court.

**IT IS SO ORDERED.**

Dated: September 19, 2011



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2