IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MANPOWER INC. and DOES 1 through 50,<br><br>    Defendants.<br>_____/ | No. C 11-02846 JSW<br><br>**ORDER OF CERTIFICATION; INSTRUCTIONS TO CLERK; AND ORDER CONTINUING HEARING** |

**TO THE HONORABLE KAMALA HARRIS, Attorney General of the State of California:**

On November 30, 2011, defendant Manpower Incorporated ("Manpower") filed a Notice of Question of Constitutionality of California Law in Federal Action, pursuant to Federal Rule of Civil Procedure 5.1(a)(1)(B) and 28 U.S.C. § 2403(b).

Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b), the undersigned certifies that in this case there is drawn into question the constitutionality of California Labor Code Private Attorney General Act ("PAGA"), Cal. Lab. Code §§ 2699, *et seq.*. The Clerk shall serve a copy of this Order on the Office of the Attorney General via certified mail. The deadline for the State to intervene if it so chooses, shall be sixty (60) days from the date of this Order of Certification.

///

///

It is FURTHER ORDERED that the hearing scheduled for February 10, 2012 at 9:00 a.m. on Manpower's motion to dismiss and/or strike is HEREBY CONTINUED to April 27, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 1, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE