**JACKSON HANSON, LLP**
Jeffrey C. Jackson, Esq. (SBN 140990)
Kirk D. Hanson, Esq. (SBN 167920)
2790 Truxtun Rd., Suite 140
San Diego, CA 92106
Telephone: (619) 523-9001
Facsimile: (619) 523-9002
Email: atty@JacksonHanson.com

**GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN**
Laura L. Ho, Esq. (SBN 173179)
    Email: lho@gdblegal.com
Joseph E. Jaramillo, Esq. (SBN 178566)
    Email: jjaramillo@gdblegal.com
Lin Chan, Esq. (SBN 255027)
    Email: lchan@gdblegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Attorneys for Plaintiff VERA WILLNER

**McGUIREWOODS LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
    Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant MANPOWER INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MANPOWER INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 3:11-cv-02846-JSW<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6), 12(f) AND/OR 23(d)(1)(D)** |

37171220.1

1

**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S SAC PURSUANT TO FED. R. CIV. P. 12(b)(6), 12(f) AND/OR 23(d)(1)(D)**

Having reviewed and considered the parties' Stipulation to Continue Hearing on Defendant's Motion to Dismiss and/or Strike Plaintiff's Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), 12(f) and/or 23(d)(1)(D) (the "Motion"), and good cause appearing for the same, IT IS HEREBY ORDERED as follows:

1. The hearing on Defendant's Motion shall be and hereby is continued from April 27, 2012 to May 4, 2012 at 9:00 a.m. in Courtroom 11 of the above-captioned court;

*[or]*

2. ~~The hearing on Defendant's Motion shall be and hereby is continued from April 27, 2012 to May 18, 2012 at 9:00 a.m. in Courtroom 11 of the above-captioned court;~~

*[or]*

3. ~~The hearing on Defendant's Motion shall be and hereby is continued from April 27, 2012 to _____ at _____ in Courtroom 11 of the above-captioned court.~~

IT IS SO ORDERED.

DATED: February 22, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

37171220.1

2

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S SAC PURSUANT TO FED. R. CIV. P. 12(b)(6), 12(f) AND/OR 23(d)(1)(D)