UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLNER                                          No. C 11-02846 JSW (MEJ)

              Plaintiff(s),               **NOTICE OF REFERRAL FOR DISCOVERY**

   v.

MANPOWER INC.

              Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

       The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes of discovery. Please be advised that if a specific motion was filed <u>prior to this notice of referral</u>, the noticed date will no longer be in effect. Instead, the parties shall comply with Judge James' Standing Order Regarding Discovery and Dispute Procedures, a copy of which is available on the Court's website at http://www.cand.uscourts.gov/ under the "Judges" tab. A copy of the standing order is also enclosed herewith for any pro se party.

       The parties are advised that in regard to any pending discovery disputes, they must comply with Judge James' standing order and meet and confer in person. If the parties are unable to resolve their dispute after the meet and confer session, they shall file a joint meet and confer letter. A separate letter should be filed for each dispute. Upon careful review of the parties' letter, the Court will either order further briefing and/or oral argument, or deem the matter submitted on the papers. Accordingly, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter.

       Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

       **IT IS SO ORDERED**

Dated: October 15, 2012

                                                                              _____
                                                                              Maria-Elena James
                                                                              Chief United States Magistrate Judge