UNITED STATES DISTRICT COURT

Northern District of California

VERA WILLNER,

                Plaintiff,

  v.

MANPOWER, INC.,

                Defendant.

_____/

No. C 11-2846 JSW (MEJ)

**ORDER FOR PARTIES TO MEET AND CONFER**

      On October 16, 2012, the Court ordered Defendant Manpower, Inc. to disclose to Plaintiff Vera Willner the contact information of all putative class members. Dkt. No. 49. The Court also ordered the parties to meet and confer and subsequently file a proposed protective order regarding disclosure of the contact information. The Court advised the parties that if Defendant determined that production would be overly burdensome given the estimated number of putative class members, they should meet and confer in person for the purpose of determining a reasonable limitation and, if unable to agree, to file a joint letter in compliance with the undersigned's discovery standing order.

      The Court is now in receipt of separate filings by the parties that address multiple issues and are not in compliance with the Court's previous order and the undersigned's standing order. These filings shall not be considered. The parties are ORDERED to meet and confer in person to resolve any outstanding disputes and thereafter file a joint letter (or letters, if more than one dispute remains).

      **IT IS SO ORDERED.**

Dated: November 13, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge