UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER,<br><br>        Plaintiff,<br><br>    v.<br><br>MANPOWER INC.,<br><br>        Defendant. | Case No. 11-cv-02846-JST<br><br>**ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 64, 68 |

        A hearing on Defendant Manpower's motion to phase the proceedings is scheduled for May 9, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The hearing on Plaintiff Willner's motion for leave to amend the complaint is CONTINUED to June 27, 2013. The case management conference scheduled for May 9, 2013, is CONTINUED to August 28, 2013.

        **IT IS SO ORDERED**.

Dated: May 2, 2013

                                                                       JON S. TIGAR<br>                                                                United States District Judge