UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANPOWER INC.,<br><br>　　　　Defendant. | Case No.  11-cv-02846-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 68 |

A hearing on Willner's motion to amend the complaint is scheduled for a hearing on June 27, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED**.

Dated: June 20, 2013

_____
JON S. TIGAR
United States District Judge