UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER,<br>   Plaintiff,<br>  v.<br>MANPOWER INC.,<br>   Defendant. | Case No.  11-cv-02846-JST<br><br>**ORDER VACATING HEARING**<br>Re: ECF No. 68 |

  A hearing on Willner's motion to amend the complaint is scheduled for a hearing on June 27, 2013.  As the motion is suitable for determination without oral argument, the hearing is VACATED.  See Civil L.R. 7-1(b).  The motion is under submission.

  **IT IS SO ORDERED**.

Dated: June 20, 2013

              _____
                 JON S. TIGAR
                United States District Judge