UNITED STATES DISTRICT COURT

Northern District of California

VERA WILLNER,

      Plaintiff,

 v.

MANPOWER, INC.,

      Defendant.

_____/

No. C 11-2846 JSW (MEJ)

**ORDER RE: SEPARATE DISCOVERY LETTERS (Docket Nos. 86, 87)**

The Court is in receipt of the parties' separate discovery dispute letters. Dkt. Nos. 86. 87. As the letters do not comply with the undersigned's discovery standing order, they shall not be considered. Any relief requested therein is denied without prejudice.

**IT IS SO ORDERED.**

Dated: July 23, 2013

                _____
                Maria-Elena James
                Chief United States Magistrate Judge