1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERA WILLNER, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>MANPOWER INC., and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 3:11-cv-02846-JST (MEJ)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE** |

50383023.1

1  Having reviewed and considered the parties' Stipulation to Vacate or Continue Case
2  Management Conference, and good cause appearing for the same, IT IS HEREBY ORDERED as
3  follows:

4  ~~The Case Management Conference set for August 28, 2013 shall be and hereby is vacated~~
5  ~~subject to it being reset after the Court enters its rulings on Defendant's pending Motion for Full~~
6  ~~or, Alternatively Partial, Judgment on the Pleadings and/or Summary Judgment [Dkt. #76] and/or~~
7  ~~Plaintiff's forthcoming Motion for Class Certification.~~

8  *[or]*

9  The Case Management Conference set for August 28, 2013 shall be and hereby is
10 continued for 60 days from the date of entry of this Order to October 23, 2013.

11
12  IT IS SO ORDERED.
13
14  DATED: August 22, 2013                    _____
15                                            HON. JON S. TIGAR
                                              UNITED STATES DISTRICT JUDGE

50383023.1                                    1
**[PROPOSED]** ORDER APPROVING STIPULATION TO VACATE OR CONTINUE CASE
MANAGEMENT CONFERENCE