UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>MANPOWER INC., and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 3:11-cv-02846-JST (MEJ)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE** |

Having reviewed and considered the parties' Stipulation to Vacate or Continue Case Management Conference, and good cause appearing for the same, IT IS HEREBY ORDERED as follows:

The Case Management Conference set for December 18, 2013 shall be and hereby is vacated subject to it being reset after the Court enters its rulings on Defendant's pending Motion for Full or, Alternatively Partial, Judgment on the Pleadings and/or Summary Judgment [Dkt. #76] and/or Plaintiff's pending Motion for Leave to File Fifth Amended Complaint [Dkt. #100] and Motion for Summary Judgment [Dkt. #101] and/or Plaintiff's forthcoming Motion for Class Certification.

*[or]*

~~The Case Management Conference set for December 18, 2013 shall be and hereby is continued for 60 days from the date of entry of this Order to _____.~~

IT IS SO ORDERED.

DATED: December 4, 2013

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

52748927.1

1

**[PROPOSED]** ORDER APPROVING STIPULATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 3, 2013 at Los Angeles, California.

/s/ Matthew C. Kane
MATTHEW C. KANE

52748927.1

2

**[PROPOSED] ORDER APPROVING STIPULATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE**