1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>MANPOWER INC., and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 3:11-cv-02846-JST (MEJ)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE** |

52748927.1

**[PROPOSED] ORDER APPROVING STIPULATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE**

1  Having reviewed and considered the parties' Stipulation to Vacate or Continue Case
2  Management Conference, and good cause appearing for the same, IT IS HEREBY ORDERED as
3  follows:

4  The Case Management Conference set for December 18, 2013 shall be and hereby is
5  vacated subject to it being reset after the Court enters its rulings on Defendant's pending Motion
6  for Full or, Alternatively Partial, Judgment on the Pleadings and/or Summary Judgment [Dkt. #76]
7  and/or Plaintiff's pending Motion for Leave to File Fifth Amended Complaint [Dkt. #100] and
8  Motion for Summary Judgment [Dkt. #101] and/or Plaintiff's forthcoming Motion for Class
9  Certification.

10  ~~[or]~~

11  ~~The Case Management Conference set for December 18, 2013 shall be and hereby is~~
12  ~~continued for 60 days from the date of entry of this Order to _____.~~

13

14  IT IS SO ORDERED.

15

16  DATED: December 4, 2013                    _____
17                                             HON. JON S. TIGAR
                                               UNITED STATES DISTRICT JUDGE

18
19
20
21
22
23
24
25
26
27
28

52748927.1                                   1
**[PROPOSED]** ORDER APPROVING STIPULATION TO VACATE OR CONTINUE CASE
MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 3, 2013 at Los Angeles, California.

/s/ Matthew C. Kane
MATTHEW C. KANE

52748927.1

2

[**PROPOSED**] ORDER APPROVING STIPULATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE