UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERA WILLNER,

        Plaintiff,

    v.

MANPOWER INC.,

        Defendant.

Case No.  11-cv-02846-JST

**ORDER VACATING HEARING**

Re: ECF No. 100

A motion for leave to amend the complaint is scheduled for a hearing on December 12, 2013.  As the motion is suitable for determination without oral argument, the hearing is VACATED.  See Civil L.R. 7-1(b).  The motion is under submission.

**IT IS SO ORDERED.**

Dated: December 5, 2013

_____
JON S. TIGAR
United States District Judge