UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER,<br><br>           Plaintiff,<br><br>    v.<br><br>MANPOWER INC.,<br><br>           Defendant. | Case No.  11-cv-02846-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 100 |

A motion for leave to amend the complaint is scheduled for a hearing on December 12, 2013.  As the motion is suitable for determination without oral argument, the hearing is VACATED.  See Civil L.R. 7-1(b).  The motion is under submission.

**IT IS SO ORDERED.**

Dated: December 5, 2013

_____
JON S. TIGAR
United States District Judge