UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER,<br>        Plaintiff,<br><br>v.<br><br>MANPOWER INC.,<br>        Defendant. | Case No.  11-cv-02846-JST<br><br>**ORDER VACATING HEARING**<br>Re: ECF No. 101 |

A hearing on Willner's motion for summary judgment is scheduled for January 9, 2014. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b).  The motion is under submission.

**IT IS SO ORDERED.**

Dated: December 30, 2013

                                           JON S. TIGAR
                                  United States District Judge