1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERA WILLNER, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>MANPOWER INC., and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 3:11-cv-02846-JST (MEJ)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [DKT. #120]** |

16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having reviewed and considered the parties' Stipulation to Continue Hearing on Plaintiff's Motion for Class Certification [Dkt. #120], and good cause appearing for the same, IT IS HEREBY ORDERED that:

The hearing on Plaintiff's Motion for Class Certification (Dkt. #120), currently set for June 26, 2014, shall be and hereby is continued to July 3, 2014 at 2:00 p.m.

*[or]*

~~The hearing on Plaintiff's Motion for Class Certification (Dkt. #120), currently set for June 26, 2014, shall be and hereby is continued to _____, 2014 at 2:00 p.m.~~

IT IS SO ORDERED.

Dated: May 7, 2014

_____
IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [DKT. #120]**

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2014, at Los Angeles, California.


                    /s/ Matthew C. Kane
                    MATTHEW C. KANE