Jeffrey C. Jackson (SBN 140990)
Kirk D. Hanson (SBN 167920)
JACKSON HANSON, LLP
2790 Truxtun Road, Suite 140
San Diego, CA  92106
Tel:  (619) 523-9001
Fax:  (619) 523-9002
Email:  atty@JacksonHanson.com

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
James Kan (SBN 240749)
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

Attorneys for Plaintiff Vera Willner and the Putative Class

Matthew C. Kane (SBN 171829)
mkane@mcguirewoods.com
Sylvia J. Kim (SBN 258363)
skim@mcguirewoods.com
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
Tel:  (310) 315-8200
Fax:  (310) 315-8210

Attorneys for Defendant MANPOWER, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MANPOWER INC., and Does 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 3:11-cv-02846 JST<br><br>CLASS ACTION<br>REPRESENTATIVE ACTION<br><br>[PROPOSED] **ORDER ON STIPULATION FOR CONTINUANCE FOR DEFENDANT'S FILING OF ANSWER TO FIFTH AMENDED COMPLAINT**<br><br>Crtrm:　9<br>Judge:　Hon. Jon S. Tigar |

[PROPOSED] ORDER ON STIPULATION FOR CONTINUANCE FOR DEFENDANT'S FILING OF ANSWER TO FIFTH AMENDED COMPLAINT – CASE NO. 3:11-CV-02846 JST

537165.3

1  Good Cause Appearing, and based on the Stipulation of the Parties filed concurrently herewith, Defendant shall be allowed to file its Answer to Plaintiff's Fifth Amended Complaint no later than 10 days after the Court denies approval of the settlement agreement, should that occur.  In the event, the Court approves the Parties' settlement agreement, Defendant shall not be required to file its Answer.

IT IS SO ORDERED.

Dated:   July 10, 2014



HON. Judge Jon S. Tigar