UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER,<br><br>        Plaintiff,<br><br>    v.<br><br>MANPOWER INC.,<br><br>        Defendant. | Case No. 11-cv-02846-JST<br><br>**ORDER REQUIRING RESPONSE TO OBJECTIONS**<br><br>Re: ECF Nos. 150, 154 |

In this putative class action for violations of the California Labor Code, a motion for preliminary approval of a class action settlement is scheduled for a hearing on September 4, 2014. ECF No. 150.

On August 15, 2014, two putative class members filed objections to the proposed settlement. ECF No. 154. They contend that the scope of the settlement's release provision potentially includes claims that are being litigated in another putative class action, captioned Mata v. Manpower, Monterey County Case No. M127969.

Good cause appearing, the court now orders as follows:

No later than August 26, 2014, Manpower shall:

1. Respond in writing to the objections and issues raised by the Mata putative class members in ECF No. 154 and its supporting declarations;

2. Identify any other pending lawsuits involving claims asserted by individuals who are putative class members in this action and that could *potentially* fall within the scope of the release provision in the settlement in this action; and

3. File proof that Manpower has given notice to counsel in any such additional lawsuits of the pendency of this action and of the proposed settlement.

Once the Court has reviewed Manpower's August 26 submission, it will determine whether further action on the Court's part is required. For now, the September 4, 2014 preliminary approval hearing remains on calendar.

**IT IS SO ORDERED.**

Dated: August 20, 2014

_____
JON S. TIGAR
United States District Judge

2