UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA WILLNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANPOWER INC.,<br><br>　　　　Defendant. | Case No.  11-cv-02846-JST<br><br>**ORDER DENYING REQUEST TO CONTINUE HEARING DATE**<br><br>Re: ECF No. 187 |

The Court has received the Conditional Opposition and/or Request to Continue Hearing Date filed by Interested Parties Claudia Padilla and Leslie Guido. ECF No. 187. In it, Padilla and Guido renew their prior objections to the class action settlement in this case and request that the Court either deny the Motion for Preliminary Approval or continue the Motion for a period of six months.

The Court will conduct a hearing as scheduled on November 13, 2014 at 2:00 p.m. for the purpose of determining whether to grant preliminary approval of the class action settlement and will consider Padilla and Guido's objections at that time. The request to continue the hearing date is DENIED.

**IT IS SO ORDERED.**

Dated:  October 28, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge