UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA PADILLA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>VERA WILLNER, et al.,<br><br>        Defendants. | Case No. 15-cv-04866-TEH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Willner v. Manpower Inc.*, Case No. 11-cv-2846-JST.

**IT IS SO ORDERED.**

Dated: 11/05/15

                                                  THELTON E. HENDERSON
United States District Judge